183 So.2d 652

**Mrs. Dixie Mae WEAVER**

v.

**Albert Oren WEAVER.**

**No. 48101.**

March 11, 1966.

In re: Albert Oren Weaver applying for writs of prohibition, certiorari and mandamus. La.App., 181 So.2d 61.

Writs refused. As to a reduction in alimony, applicant has a remedy by proper proceedings and by an appeal in the event of an adverse judgment. As to all other matters the showing made does not warrant the exercise of our supervisory jurisdiction.

183 So.2d 652

**DeWitt HIGGINBOTHAM**

v.

**NEWSOM TRUCK LINE INC. and Argonaut Insurance Company.**

**No. 48073.**

March 11, 1966.

In re: DeWitt Higginbotham applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 181 So.2d 268.

The application is denied. According to the facts of the case as found by the Court of Appeal, there appears no error of law in the judgment complained of.